FILED
**United States Court of Appeals
Tenth Circuit**

**April 29, 2025**

**Christopher M. Wolpert
Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

MICHAEL MENDENHALL,

    Plaintiff - Appellant,

v.

CITY AND COUNTY OF DENVER,

    Defendant - Appellee.

No. 25-1081
(D.C. No. 1:24-CV-00574-PAB-KAS)
(D. Colo.)

_____

**ORDER**
_____

This matter is before the court on appellant Michael Mendenhall's *Unopposed Motion to Withdraw Nicole B. Godfrey, Miriam Kerler, and Student Attorney Joe H. Legan as Counsel of Record*. (Dkt. No. 23.)

Upon consideration, the court grants the *Motion to Withdraw* and directs its Clerk to remove Ms. Godfrey, Ms. Kerler, and Mr. Legan as counsel of record for appellant in this appeal. Ms. Godfrey, Ms. Kerler, and Mr. Legan shall have no further obligations in this appeal except they shall transmit a copy of this order directly to Mr. Mendenhall forthwith upon its entry.

The court notes that several additional attorneys have entered appearances on behalf of Mr. Mendenhall. Mr. Mendenhall shall continue to be represented in this appeal by those attorneys.

Mr. Mendenhall's opening brief and appendix remain due to be filed on or before May 29, 2025. (Dkt. No. 16.) Should Mr. Mendenhall fail to file his opening brief and appendix by May 29, 2025, the court may dismiss this appeal without any additional notice. *See* 10th Cir. R. 42.1.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk