FILED  
United States Court of Appeals  
Tenth Circuit  

**June 27, 2025**

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

MICHAEL MENDENHALL,

   Plaintiff - Appellant,

v.

CITY AND COUNTY OF DENVER,

   Defendant - Appellee.

No. 25-1081  
(D.C. No. 1:24-CV-00574-PAB-KAS)  
(D. Colo.)

_____

## ORDER
_____

This matter is before the court on *Motion for Leave to File Brief as Amici Curiae in Support of Plaintiff-Appellant* filed by Professors Joshua Dressler, Donald Dripps, Richard Friedman, Laurent Sacharoff, and George C. Thomas III. At the direction of the court, the motion is denied pursuant to Fed. R. App. P. 29(a)(2) (permitting the court to prohibit the filing of an amicus curiae brief).

                                        Entered for the Court  
                                        CHRISTOPHER M. WOLPERT, Clerk

*[signature: Jane K. Castro]*

                                        by: Jane K. Castro  
                                             Chief Deputy Clerk